UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER KIMBLE,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>OFFICER DANIELS,<br><br>　　　　　　　　Defendant. | Case No. 3:22-cv-00411-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Christopher Kimble, proceeding *in forma pauperis*, initiated this action under 42 U.S.C. § 1983 on September 13, 2022. (ECF Nos. 1, 1-1.) After screening of the operative complaint, only one Defendant remained: Officer Daniels. (ECF No. 12.) On May 4, 2023, the Court issued a notice of intent to dismiss Officer Daniels under Fed. R. Civ. P. 4(m) unless proof of service was filed by June 3, 2023. (ECF No. 18.) To date, no proof of service has been filed as to Officer Daniels, and Plaintiff has not otherwise contacted the Court to request an extension of time. Because the deadline to serve Officer Daniels has expired, the Court will dismiss this action without prejudice.

It is therefore ordered this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 6th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE